**Order entered December 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00548-CV

## IN THE INTEREST OF S.V., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

The reporter's record is overdue. The record before this Court contains appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed in the trial court. Accordingly, appellant is allowed to proceed without advance payment of costs. *See* TEX. R. CIV. P. 145(a). We **ORDER** Ms. Finkley to file the reporter's record **WITHIN THIRTY DAYS** of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE